# EXHIBIT H

FRT-15C3™ - Rarebreed Triggers https://rarebreedtriggers.com/product/frt-15c3/

RARE BREED
TRIGGERS

HOME    TRIGGERS    PARTS    FAQ'S    |    $0.00 🛒    ⊛

**Due to applicable state laws and regulations, we will not ship Forced Reset Triggers (FRTs) to the following locations: CA, CT, DE, HI, IL, MA, MD, NJ, NY, OR, RI, WA, and DC. Orders placed with a shipping address in any of these states will be canceled and refunded.**



## FRT-15C3™

### Two-Stage (3-Position) Forced Reset Trigger for the AR-15

**NOTE:** Max of two triggers per transaction.

**Contents:**

- 1 x FRT-15C3™ Trigger
- 2 x Anti-Walk Pins
- 4 x Anti-Walk Pin Screws
- 1 x Selector Drum
- 2 x Selector Levers (1 Long & 1 Short)
- 2 x T10 Torx Selector Lever Screws
- 2 x T10 Torx Wrenches

★★★★★ (5 customer reviews)

**SKU:** FRT-15C3          **CATEGORY:** TRIGGERS

## $450.00

In stock

[ − 1 + ]          [ Add to cart ]

DESCRIPTION    ADDITIONAL INFORMATION    REVIEWS (5)

## FRT-15C3™

## Two-Stage (3-Position) Forced Reset Trigger for the AR-15

Take your AR-15 to the next level with the official Rare Breed Triggers FRT-15C3™. This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT®)** is 100% manufactured and assembled in the USA. The FRT-15C3™ includes a 3-position ambidextrous safety selector and anti-walk pins for a secure, hassle-free installation.

**Performance on the Range**

Enhance your shooting experience with the **FRT-15C3™ Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your AR-15's potential.

**Innovative Design and Features**

- **3-Position Functionality:** The **FRT-15C3™** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.
- **Effortless Installation:** Designed for easy installation on MIL-SPEC AR-15 lowers, the **FRT-15C3™** includes anti-walk trigger pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any MIL-SPEC lower receiver.

**Two-Stage Semi-Automatic Mode & Single-Stage FRT® Mode**

- **Semi-Automatic Mode:** In Semi-Automatic mode, the trigger provides two distinct stages during the trigger travel. The first stage, approximately 2.5 lbs of pull weight, can be referred to as "take-up." The second stage is a crisp "wall" requiring an additional 2 lbs of pressure to break. This results in a very smooth, crisp 4–4.5 lb trigger pull that allows for predictable, controlled, and extremely fast follow-up shots.
- **Forced Reset (FRT®) Mode:** In FRT® mode, the trigger provides a heavier 5–5.5 lb single-stage pull weight throughout the entire length of travel.

**Durable Construction for Long-Lasting Performance**

Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated S7 steel, the **FRT-15C3™** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your AR-15 to its limits with confidence.

**AR-15 Compatibility**

The **FRT-15C3™** is compatible with MIL-SPEC AR-15 lowers and requires a full-auto-compatible bolt carrier group for proper functionality. For optimal performance, we also recommend using an H2 or H3 buffer, or alternatively, an A5 buffer system. Please note: The FRT-15C3™ may not fit in certain Colt models or other lowers with a sear block/shelf.

**Unmatched Speed and Control**

The **FRT-15C3™** is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.

**Why Choose the FRT-15C3™ Forced Reset Trigger?**

If you're looking to boost your AR-15's performance, the **FRT-15C3™ Forced Reset Trigger** is the ultimate upgrade. With its rapid-fire capability, secure anti-rotation design, and seamless compatibility with the AR-15 platform, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your AR-15 with the **FRT-15C3™**.

**Manufactured and Assembled in the USA**

**Patent Notice:** This product is covered by one or more U.S. Patents, including U.S. Patent Nos. 12,038,247 and 12,578,159. Additional patents may be pending. Unauthorized manufacture, use, sale, or importation of this product or its covered features may constitute patent infringement.

**As always, Rare Breed Triggers encourages the safe and responsible use of our products.**

## Related products



SOLD OUT

**FRT-RD3™ (AMBI)**

Two-Stage (3-Position) Forced Reset Trigger for the HK MP5, MP5K, SP5 & SP5K



SOLD OUT

**FRT-MR3™**

Single-Stage (3-Position) Forced Reset Trigger for the HK MR223 & HK MR556



SOLD OUT

**FRT-MR3™ (FLAT)**

Single-Stage (3-Position) Forced Reset Trigger for the HK MR223 & HK MR556

Captured by FireShot Pro: 19 May 2026, 02:11:46 PM
https://getfireshot.com

FRT-15C3™ - Rarebreed Triggers https://rarebreedtriggers.com/product/frt-15c3/

$620.00

Read more

$525.00

Read more

$525.00

Read more

RARE BREED
-TRIGGERS-

2710 Central Freeway
Ste 150 - 151
Wichita Falls, TX 76306

940-477-9199

CustomerService@RareBreedTriggers.com

About Us
Installation Videos
Patents
Press Releases
FAQs

Terms And Conditions
Privacy Policy
Legal Status
Waiver & Release

**Subscribe to our Newsletter**

Enter your email address

Subscribe

Captured by FireShot Pro: 19 May 2026, 02:11:46 PM
https://getfireshot.com