# EXHIBIT U

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Rare Breed Firearms's Post**    ✕

Most relevant ▾

◆ Top fan
**Josè Freeman**
Like hot sauce, put it in everything.

2d   Like   Reply                    6 👍😆

Rare Breed Firearms replied · 1 Reply

**Adel Ra**
Got mine today and I love it i have few registered packs and yours feels much better the trigger pull is a huge improvement from stock or full auto pack .

1d   Like   Reply                    3 👍❤️

Rare Breed Firearms replied · 1 Reply

**Jeff Posey**
I bought one of the original FRT-15s in 2021. It doesn't function at all in my SIG MPX, but it was never advertised to function in it either. It runs flawlessly in my AR. I'd definitely get another Rare Breed if they make one that runs in lower power 9mm ARs. For now I'm running an Arizona Regulator in my MPX.

2d   Like   Reply                    1 👍

Write a comment...

😎  ☺  📷  GIF  🙂                          ➤

Captured by FireShot Pro: 20 April 2026, 04:13:34 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:14:02 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:14:56 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:17:39 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:18:24 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



Captured by FireShot Pro: 20 April 2026, 04:18:47 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:19:10 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



## Rare Breed Firearms's Post

**Ruger Winchell**
Not $600 pretty though. Especially when you can take a FRS for $250 and a slip trip for $60 bucks and does the same thing for $300 less.

2d   Like   Reply                                                        2

**Leon Gray**
**Ruger Winchell**This actually runs 100%

22h   Like   Reply

Reply to Ruger Winchell...

**Billy East**
how about ak47?

2d   Like   Reply   3

View all 3 replies

**Potty Scippen**
What are yall gunna do about my failed gen 1 trigger that I paid almost $500 for?

17h   Like   Reply

Write a comment...

Captured by FireShot Pro: 20 April 2026, 04:20:09 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Rare Breed Firearms's Post** ✕

**Billy East**
how about ak47?

2d   Like   Reply   3 👍

**Philip Bub Stevenson**
Billy East AK47 doesn't need one. It's already select fire.

4h   Like   Reply

View 1 reply

◆ Top fan
**Adam DeFord**
Billy East they already said it's coming soon

2d   Like   Reply

Most Relevant is selected, so some replies may have been filtered out.

Reply to Billy East...

**Potty Scippen**
What are yall gunna do about my failed gen 1 trigger that I paid almost $500 for?

17h   Like   Reply

Write a comment...

Captured by FireShot Pro: 20 April 2026, 04:20:31 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



**Rare Breed Firearms's Post**    ✕

Logan Wise
super safety is way cheaper    ...
4h   Like   Reply

Darious Barnette
Why yall sue my boy tho    ...
2d   Like   Reply    1 👍

John Saunders
Definitely need an Ak one. The current options are pretty lame.    ...
2d   Like   Reply

Craig McDonald
Thoughts on one for the Kuna?    ...
2d   Like   Reply   Edited

Vince Harris
Its broke!! Or did you change something?    ...
2d   Like   Reply

Neal Walker
I lost my Ambi safety selector. RB doesn't have any to order for replacement 😢    ...

Write a comment...

Captured by FireShot Pro: 20 April 2026, 04:20:54 PM
https://getfireshot.com

Page 1
(1) Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...



Captured by FireShot Pro: 20 April 2026, 04:21:31 PM
https://getfireshot.com

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0L1TxFiwTSw34aQz9JrE2fLcfP5NHm9...**



**Captured by FireShot Pro: 20 April 2026, 04:21:56 PM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**

 **Rare Breed Firearms's Post**

 **Rare Breed Firearms** is in **Wichita Falls, TX**.
April 21 at 9:58 PM · 🎵 Jump (2015 Remaster) · Van Halen · 🌐    ...

Go ahead and jump!

#RareBreedTriggers #FRT #ForcedReset #ForcedResetTrigger #ForceTheReset



 Write a comment...

   

**Captured by FireShot Pro: 23 April 2026, 09:25:11 AM**
**https://getfireshot.com**

**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**



**Page 1**
**(1) Facebook**
**https://www.facebook.com/rarebreedfirearms/posts/pfbid0PFkBx4fKK7Jur2ny8MQGgM4Z9vkVE...**



**Captured by FireShot Pro: 23 April 2026, 09:28:44 AM**
**https://getfireshot.com**

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:41:58 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:42:52 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:43:35 PM
https://getfireshot.com

**Page 1**
**Facebook**
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:44:46 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:46:19 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:46:59 PM
https://getfireshot.com

**Page 1**
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid024C7tgUBvNbKmkb9mNTMN9nuHgLxXDHFVcdw5udsbNgyapHo8UCKFdzNNWgevn...



Captured by FireShot Pro: 26 May 2026, 03:48:28 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:07:13 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:35:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:36:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0jMUPA1hssgezPcXf8c3SWTAHpYt9JQPHubeXti4989DKVEYH5CBambUgeM8YN9o6l



Captured by FireShot Pro: 26 May 2026, 03:37:26 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:56:24 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:56:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:57:19 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 02:57:41 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:00:23 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:00:55 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:01:32 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:02:54 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:03:26 PM
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/rarebreedfirearms/posts/pfbid0mv7D9qu9PN38XyJVaSuj8aSh1W4LTBSso8sDFLQsaYf9rGYBVwhJGT23t1EF7FRql



Captured by FireShot Pro: 26 May 2026, 03:03:49 PM
https://getfireshot.com