# EXHIBIT V

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



126    Reply

• 10 replies ⌄

**@kalashnikovmania2074** 5 months ago
AS Designs customer service department is top notch.
No questions asked when the rear lug supplied with their Jakl trip kit fractured and broke.
I had a replacement in 3 days shipped .

158    Reply

8 replies ⌄

**@ACEE-ee2xr** 4 months ago
Every AR-15 and derivative that is produced at this time in history should come with one of these from the factory. It's the logical thing to do tbh. I'm a cheap guy when it comes to guns and if I knew the rifle I was getting could do this I would pay a few hundred dollars more for that. 💯

30    Reply

4 replies ⌄

**@merlin704** 5 months ago (edited)
Super Safety AND Tactical Capris together in one video? I don't think my heart can handle all this excitement!

29    Reply

**@edjecollins4141** 5 months ago
They have been out of stock for a while and after this and other videos, the demand will drastically increase while supplies are always low. I always love your videos BTW.

62    Reply

• 10 replies ⌄

**@MaddhatterAce** 5 months ago
He has the need, the need for super safe speed.

17    Reply

**@vicdiaz5180** 5 months ago
The stumble in the intro was priceless 😄

22    Reply

**@XxShadow101xX** 5 months ago
That's awesome! I was dreading having to spend $450 on full semi-automatic, and i'd loveeeeee a nice budget-friendly one like this. Some day i'll get an actual belt-fed upper and have the LMG-at-home i've dreamed of!

10    Reply

**@NuevoMéxico444** 5 months ago
Looks like it runs really well and that's a great setup for a battle rifle

28    Reply

**@calebcrockett1085** 5 months ago
Have seen nothing but good things on these. Atrius also makes a 3 position selector that I've heard people have decent luck with and you don't have to run a SS cut trigger. IMO everyone should buy one because "common use" is definitely a friend of the people.

30    Reply

7 replies ⌄

**@mikeyunovapix7181** 4 months ago
I found out they're making a slip trip kit for the BRN180 upper. It will soon be entirely possible to functionally recreate the AR-18. I would love nothing more than to build up such a rifle with this Super Safety, a nice folding stock, and tricked out with nice accessories.

Sawtooth Tactical
13:23    22K views • 5 months ago

Married Teacher Raped 13-
Year-Old Student
Law&Crime Network ✓
1M views • 3 weeks ago
25:18

Parents Discover Their
Daughter Is A Mass Killer

Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg



Thrilled with both my ARC and Atrius. God bless the free market.

6    Reply

1 reply ⌄

@j.p.4541 2 months ago
Thank you for posting this,
I just ordered the push button version from AS Designs for my SP5.
After watching this video, I emailed them asking for the Arc Fire version instead. I agree the lever selector vs a push button is more preferable.

Reply

@blindrocket 5 months ago
I've added one to my Christmas list 😄 I hope that Santa comes through!
Thanks for the cool videos Desk Pop and congrats on the move.

3    Reply

@Joelaw99_ 4 months ago
Cant wait for the brn-180 trip they are working on....!

1    Reply

@MrGlennFrank 5 months ago
That is an extremely well tuned rifle - great job and congrats!  Glad to see more an more FRTs coming on to the market (common use is a very good thing).

PS - You're in my sub feed again this week ✌️

21    Reply

· 1 reply ⌄

@trevorcoyle517 ✪ 5 months ago
Video notification reminded me to check the mail box, pulled my SECOND one out! Can't wait to burn it down back home

18    Reply

· 2 replies ⌄

@KeeweenawPatriot 5 months ago
Wasnt aware they made CC belts that are half hard, half soft. Ill have to check them out.

3    Reply

---

10K views · 5 months ago
Exposing The 9/11 Cover-Up | TMZ Investigates: The Fifth ...
TMZ ✔
10M views · 10 months ago

Woman Tries to Assassinate Cop Driving Her to Jail
Code Blue Cam ✔
7.3M views · 1 month ago

She Has No Idea She Is Being Lured Into A Deadly Ambush ...
TCD
904K views · 2 weeks ago

Unfiltered Matt Rife Comedy | Matt Rife Viral Crowd Work ...
800 Pound Gorilla Comedy Slices
2.6M views · 7 months ago

Nobody Roasts Celebrities to Their Face Like Chris Rock
Celebs Goat
1.7M views · 1 month ago

AS Designs ARC Follow Up & Tips for Running It Effectively
First Round Pop
20K views · 3 months ago

When Employees Fight Back Against Rude Customers !
Binge Watch
1.8M views · 4 months ago

When Cops Surprise Criminals in the Act
MrBroken ✔
7.3M views · 2 years ago

Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com