# EXHIBIT W



‹  **Rare Breed Firearms's post**  •••



1d  **Like**  **Reply**  **Hide**                    1 👍

The comment Rare Breed Firearms is replying to has been deleted.

  🖊 **Author**

**Rare Breed Firearms**
Reid Jared Tyndall - Come back and share pics!

19h  **Like**  **Reply**                    1 👍

The comment Reid is replying to has been deleted.

  **Reid Jared Tyndall**
Rare Breed Firearms solid copy! I'll be ordering one soon!

20h  **Like**  **Reply**  **Hide**                    1 👍

  Write a reply...

  **Nate Hudson**
Wait is the FRT-15C3 based on the super safety by using the cam? You just made it so you still have the drop in trigger that takes the cam.

1d  **Like**  **Reply**  **Hide**                    2 👍

  Comment as Rare Breed...