# EXHIBIT X

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:19:03 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:19:29 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**



Captured by FireShot Pro: 28 May 2026, 10:19:51 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:20:17 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



**Captured by FireShot Pro: 28 May 2026, 10:20:40 AM**
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:21:03 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



rarebreedfirearms • Follow
Wichita Falls, Texas

**p_rock55** Raregreed is the ATFs cucked little play thing
4d   21 likes   Reply

**hemrawd** Creep, grit, absolutely dog 💩 … FRT works as advertised… but if you want to just shoot semi auto it's worse than a cheap mil spec trigger. They're trying to sue everyone to keep people from finding out how bad they are compared to other options that work with a quality trigger
5d   5 likes   Reply

> **amerikiwi_actual** @hemrawd i have one in my 416, better trigger than the HK is semi, FRT just rips, sane goes for my SP5
> 1d   Reply
> —— Hide replies

**frtchapo** Ppl be trying to buy more than 2 let Americans be Americans and buy how many we want
1w   3 likes   Reply

> —— View replies (4)

Liked by **landry98123** and others
7 days ago

Add a comment…                    Post

Captured by FireShot Pro: 28 May 2026, 10:21:27 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:21:48 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:22:10 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**



Captured by FireShot Pro: 28 May 2026, 10:22:33 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**



Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:23:19 AM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:23:41 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:24:04 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:24:27 AM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/



Captured by FireShot Pro: 28 May 2026, 10:24:54 AM
https://getfireshot.com