**Exhibit 1**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-MD-03176-ALM**<br><br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>*Defendants.* | Civil No. 4:26-CV-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HANES TACTICAL, LLC and DAMIEN BENNETT,<br><br>*Defendants.* | Civil No. 4:26-CV-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>*Defendants.* | Civil No. 4:26-CV-00379-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> STEVEN THANH NGUYEN, d/b/a POLYMER PEW, <br><br> *Defendant.* | Civil No. 4:26-CV-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> DNT LLC, *et al.* <br><br> *Defendants.* | Civil No. 4:26-CV-00377-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> *Plaintiffs,* <br> v. <br> AS Designs, LLC, *et al.*, <br><br> *Defendants.* | Civil No. 4:26-CV-00370-ALM |

## DECLARATION OF JOHN M. SKERIOTIS

I, John M. Skeriotis, having personal knowledge of the facts stated herein I hereby declare as follows:

1. I am a partner in the law office of Emerson, Thomson, & Bennett, LLC.

2. The following parent U.S. patents have applications currently pending in the United States Patent and Trademark Office:

2

a.      U.S. Patent No. 12,038,247;

b.      U.S. Patent No. 12,274,807;

c.      U.S. Patent No. 12,529,538;

d.      U.S. Patent No. 12,578,159 and

e.      U.S. Patent No. 12,363,403.

3.      Exhibit A attached herein are true and accurate copies of searches I conducted as to pending patent applications in each of the patents listed in paragraph 2 above from the United States Patent and Trademark Office's website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 10, 2026            */s/John M. Skeriotis*
                                     John M. Skeriotis