# APPENDIX A

APPENDIX A

| Defendants | Product Group | Listed Product | Price | Exhibits [1] | Type |
|---|---|---|---|---|---|
| 80Mills LLC d/b/a Tactical Titan Supply | Super Safety | Super Safety FireControl Group (FCG) Completion Kit | $20.00 | Ex. D at 5 | Complete Kit |
| 80Mills LLC d/b/a Tactical Titan Supply | Super Safety | Super Safety Cam Kit – 4140 Steel | $55.00 | Ex. D at 4 | Complete Kit |
| 80Mills LLC d/b/a Tactical Titan Supply | Super Safety | Super Safety Cam Kit – CPM10V/A2 | $60.00 | Ex. D at 4 | Complete Kit |
| 80Mills LLC d/b/a Tactical Titan Supply | Super Safety | Super Safety Kit Builder | $60.00 | Ex. D at 2 | Complete Kit |
| 80Mills LLC d/b/a Tactical Titan Supply | Super Safety | Super Safety Cam Kit – D2 Steel | $90.00 | Ex. D at 3 | Complete Kit |
| 80Mills LLC d/b/a Tactical Titan Supply | Super Safety | Super Safety Extra Lever | $10.00 | Ex. D at 2 | Component |
| 80Mills LLC d/b/a Tactical Titan Supply | Super Safety | Curved Super Safety Cut Trigger | $25.00 | Ex. D at 4 | Component |
| 80Mills LLC d/b/a Tactical Titan Supply | Super Safety | Flat Super Safety Cut Trigger | $32.00 | Ex. D at 5 | Component |
| DNT d/b/a Deez Nutz Tactical | ARC-Fire | V2 ARC-FIRE Ambi 0-45-180 Kit | $249.99 | Ex. F at 24 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | ARC-Fire | V2 ARC-FIRE Ambi 0-90-180 Kit | $249.99 | Ex. F at 61 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | ARC-Fire | V2 Arc-Fire Ambi 0-45-90 | $249.99 | Ex. F at 20 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | ARC-Fire | V2 Arc-fire 45/180 Geissele SSA-E Kit | $470.00 | Ex. F at 12 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | ARC-Fire | V2 Arc-fire 90/180 Geissele SSA-E Kit | $470.00 | Ex. F at 16 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | ARC-Fire | V2 Arc-fire 45/90 Geissele SSA-E Kit | $470.00 | Ex. F at 10 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | ARC-Fire | V2 Arc-fire 45-180 Geissele SSA-EX | $520.00 | Ex. F at 14 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | ARC-Fire | V2 Arc-fire 90-180 Geissele SSA-EX | $520.00 | Ex. F at 18 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | ARC-Fire | V2 Arc-fire Geissele 45/90 SSA-EX | $520.00 | Ex. F at 22 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | FRS (non-Atrius) | Super Selektor | $120.00 | Ex. F at 107 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | 4140 Super Safety | $75.00 | Ex. F at 32 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | 4140 SS Curved Set | $100.00 | Ex. F at 29 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | D2 Super Safety | $100.00 | Ex. F at 63 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Kitchen Sink Super Safeties 5-Pack | $100.00 | Ex. F at 87 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Burnt Bronze Super Safety | $105.00 | Ex. F at 45 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | FDE Super Safety | $105.00 | Ex. F at 73 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Gold Super Safety | $105.00 | Ex. F at 81 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Graphite Black Super Safety | $105.00 | Ex. F at 83 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Lime Green Super Safety | $105.00 | Ex. F at 89 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Marine Red Super Safety | $105.00 | Ex. F at 91 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | ODG Super Safety | $105.00 | Ex. F at 95 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Pink Super Safety | $105.00 | Ex. F at 97 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Stormtrooper White Super Safety | $105.00 | Ex. F at 101 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | D2 Curved Super Safety Kit | $125.00 | Ex. F at 58 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | D2 Complete FCG Curved Super Safety Kit | $145.00 | Ex. F at 50 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | D2 Complete FCG Flat Super Safety Kit | $155.00 | Ex. F at 54 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | 4140 Flat SS Kit | $110.00 | Ex. F at 26 | Complete Kit |
| DNT d/b/a Deez Nutz Tactical | Super Safety | 5-Pack Detents | $12.00 | Ex. F at 24 | Component |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Mechanic Super Safe Special 5-Pack | $20.00 | Ex. F at 93 | Component |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Rainbow Mechanic Super Safe Special 3-Pack | $25.00 | Ex. F at 99 | Component |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Flat Precut Trigger | $35.00 | Ex. F at 75 | Component |
| DNT d/b/a Deez Nutz Tactical | Super Safety | D2 Lever 3-Pack | $40.00 | Ex. F at 61 | Component |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Super Safe Geissele SSA-E | $220.00 | Ex. F at 103 | Component |

[1] All exhibit cites are to the Colvin Declaration.

APPENDIX A

| Defendants | Product Group | Listed Product | Price | Exhibits | Type |
|---|---|---|---|---|---|
| DNT d/b/a Deez Nutz Tactical | Super Safety | Super Safe Geissele SSAE-X | $270.00 | Ex. F at 105 | Component |
| DNT d/b/a Deez Nutz Tactical | Super Safety | DB9 Super Safety Lever | $25.00 | Ex. F at 69 | Platform Extender |
| DNT d/b/a Deez Nutz Tactical | Super Safety | DB9 Titanium Trip Bar | $27.00 | Ex. F at 71 | Platform Extender |
| DNT d/b/a Deez Nutz Tactical | Super Safety | AR-22 Lightweight Trip Weight Carrier | $70.00 | Ex. F at 34 | Platform Extender |
| DNT d/b/a Deez Nutz Tactical | Super Safety | AR-22 Standard Trip Weight Carrier | $75.00 | Ex. F at 36 | Platform Extender |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Geissele Super 42 H2 Combo | $110.00 | Ex. F at 77 | Platform Extender |
| DNT d/b/a Deez Nutz Tactical | Super Safety | DB9 Super Safety Curved Kit | $130.00 | Ex. F at 65 | Platform Extender |
| DNT d/b/a Deez Nutz Tactical | Super Safety | DB9 Super Safety Flat Kit | $140.00 | Ex. F at 67 | Platform Extender |
| DNT d/b/a Deez Nutz Tactical | Super Safety | AS Designs MCX/MPX Trip | $170.00 | Ex. F at 40 | Platform Extender |
| DNT d/b/a Deez Nutz Tactical | Super Safety | AS Designs MCX Slip Trip V2 | $174.99 | Ex. F at 38 | Platform Extender |
| DNT d/b/a Deez Nutz Tactical | Super Safety | AS Designs MPX Slip Trip V2 | $174.99 | Ex. F at 43 | Platform Extender |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Jig | $5.00 | Ex. F at 85 | Tool |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Centering Block 10-Pack | $10.00 | Ex. F at 48 | Tool |
| DNT d/b/a Deez Nutz Tactical | Super Safety | Go/No Go Gauge | $15.00 | Ex. F at 79 | Tool |
| Hanes Tactical LLC | Super Safety | 24K Gold Plated Super Safety | $50.00 | Ex. H at 3 | Complete Kit |
| Hanes Tactical LLC | Super Safety | Full Kits | | Ex. H at 2 | Complete Kit |
| Hanes Tactical LLC | Super Safety | Precut trigger:<br>- Black Nitride<br>- Black<br>- FDE<br>- OD Green<br>- Tungsten Cerakote | $25, $35+ | Ex. H at 4 | Component |
| Hanes Tactical LLC | Super Safety | Cam | | Ex. H at 2 | Component |
| Hanes Tactical LLC | Super Safety | Lever | | Ex. H at 2 | Component |
| Harrison Gunworks LLC | FRS (non-Atrius) | MARC AR15 Forced Reset Trigger | $174.99 | Ex. J at 4 | Complete Kit |
| Harrison Gunworks LLC | FRS (non-Atrius) | MARC AMBI AR15 Forced Reset Trigger | $224.99 | Ex. J at 2 | Complete Kit |
| Harrison Gunworks LLC | Super Safety | AR-SS D2 Straight Kit | $174.99 | Ex. J at 10 | Complete Kit |
| Harrison Gunworks LLC | Super Safety | AR-SS D2 Curved Kit (Pink Cerakote) | $ 99.99 | Ex. J at 8 | Complete Kit |
| Harrison Gunworks LLC | Super Safety | AR Super Safety D2 Curved Kit | $149.99 | Ex. J at 15 | Complete Kit |
| Harrison Gunworks LLC | Super Safety | MP5 Leber V2 Lower Housing Assembly | $499.99 | Ex. J at 12 | Installed |
| Kristopher Cope | Super Safety | Complete Kit | | DeMonico Decl., ¶ 504 | Complete Kit |
| Kristopher Cope | Super Safety | Partial Kit | | DeMonico Decl., ¶ 504 | Component |
| MaRs Trigger, LLC | Super Safety | MaRs 3 Position AR FRT Super Safety | $139.99 | Ex. L at 4 | Complete Kit |
| MaRs Trigger, LLC | Super Safety | 308 AR SS Lever Pack of 3 | $15.00 | Ex. L at 2 | Component |
| MaRs Trigger, LLC | Super Safety | MP5 Complete Lower System with AR Super Safety and MP5 Trip Pre-Installed | $599.95 | Ex. L at 6 | Installed |
| MaRs Trigger, LLC | Super Safety | MP5 Super Safety Trip | $110.00 | Ex. L at 8 | Platform Extender |
| Mister Guns, LLC | FRS (Atrius) | Atrius Forced Reset Selector Drop in 3 Position For AR-15 | $199.99 | Ex. N at 2 | Complete Kit |

APPENDIX A

| Defendants | Product Group | Listed Product | Price | Exhibits | Type |
|---|---|---|---|---|---|
| Nguyen d/b/a Polymer Pew | ARC-Fire | AS Designs ARC-FIRE V1 | $139.00 | Ex. P at 18 | Complete Kit |
| Nguyen d/b/a Polymer Pew | ARC-Fire | ARC-FIRE Trigger V2 – Non-Ambi Kit (0-90-180) | $199.95 | Ex. P at 12 | Complete Kit |
| Nguyen d/b/a Polymer Pew | ARC-Fire | ARC-FIRE Trigger V2 – Ambi Kit (0-45-90) | $249.95 | Ex. P at 4 | Complete Kit |
| Nguyen d/b/a Polymer Pew | ARC-Fire | ARC-FIRE Trigger V2 – Ambi Kit (0-90-180) | $249.95 | Ex. P at 8 | Complete Kit |
| Nguyen d/b/a Polymer Pew | Super Safety | Super Safety Kit (4140 – No Trigger) | $65.00 | Ex. P at 66 | Complete Kit |
| Nguyen d/b/a Polymer Pew | Super Safety | Gold Super Safety Set (4140 – No Trigger) | $80.00 | Ex. P at 43 | Complete Kit |
| Nguyen d/b/a Polymer Pew | Super Safety | Super Safety Kit (4140 – Curve) | $90.00 | Ex. P at 57 | Complete Kit |
| Nguyen d/b/a Polymer Pew | Super Safety | Super Safety Kit (D2 – No Trigger) | $90.00 | Ex. P at 68 | Complete Kit |
| Nguyen d/b/a Polymer Pew | Super Safety | Super Safety Kit (4140 – Flat) | $102.00 | Ex. P at 59 | Complete Kit |
| Nguyen d/b/a Polymer Pew | Super Safety | Gold Super Safety Kit (4140 – Curve) | $105.00 | Ex. P at 41 | Complete Kit |
| Nguyen d/b/a Polymer Pew | Super Safety | Super Safety Kit (D2 – Curve) | $110.00 | Ex. P at 55 | Complete Kit |
| Nguyen d/b/a Polymer Pew | Super Safety | Gold Super Safety Kit (4140 – Flat) | $112.00 | Ex. P at 39 | Complete Kit |
| Nguyen d/b/a Polymer Pew | Super Safety | Super Safety Kit (D2 – Flat) | $117.00 | Ex. P at 61 | Complete Kit |
| Nguyen d/b/a Polymer Pew | ARC-Fire | ARC-FIRE Lever Blocker | $6.00 | Ex. P at 2 | Component |
| Nguyen d/b/a Polymer Pew | Super Safety | 10 Pack Rounded Detents | $10.00 | Ex. P at 31 | Component |
| Nguyen d/b/a Polymer Pew | Super Safety | SS Lever (4140) | $20.00 | Ex. P at 53 | Component |
| Nguyen d/b/a Polymer Pew | Super Safety | SS Cam (4140 Steel) | $40.00 | Ex. P at 51 | Component |
| Nguyen d/b/a Polymer Pew | Super Safety | 3 Pack SS Levers (4140) | $45.00 | Ex. P at 23 | Component |
| Nguyen d/b/a Polymer Pew | Super Safety | Flat Trigger | $32.00 | Ex. P at 35 | Component |
| Nguyen d/b/a Polymer Pew | Super Safety | 10 Pack Printed Levers (PLA +) | $12.00 | Ex. P at 29 | Extraneous Product |
| Nguyen d/b/a Polymer Pew | Super Safety | AR15 Trigger Display Model | $35.00 | Ex. P at 33 | Extraneous Product |
| Nguyen d/b/a Polymer Pew | Super Safety | H1 Buffer | $35.00 | Ex. P at 45 | Extraneous Product |
| Nguyen d/b/a Polymer Pew | Super Safety | H2 Buffer | $45.00 | Ex. P at 47 | Extraneous Product |
| Nguyen d/b/a Polymer Pew | Super Safety | H3 Buffer | $65.00 | Ex. P at 49 | Extraneous Product |
| Nguyen d/b/a Polymer Pew | Super Safety | Go/No-Go Trigger Gauge | $10.00 | Ex. P at 37 | Tool |
| Nguyen d/b/a Polymer Pew | Super Safety | 10 Pack Centering Blocks | $12.00 | Ex. P at 27 | Tool |
| Nguyen d/b/a Polymer Pew | Super Safety | 3 Pack Trigger Cutting Guide | $15.00 | Ex. P at 25 | Tool |
| Nguyen d/b/a Polymer Pew | Super Safety | 2 Pack Hammer Install Tool | $15.00 | Ex. P at 21 | Tool |
| Nguyen d/b/a Polymer Pew | Super Safety | Super Safety Set ( round slot) | $35.00 | Ex. P at 70 | |
| OpticsPlanet | ARC-Fire | AS Designs Arc-Fire V2 Non-Ambi Kit | $199.99 | Ex. T at 10 | Complete Kit |
| OpticsPlanet | ARC-Fire | AS Designs Arc-Fire V1 Kit | $249.99 | Ex. T at 2 | Complete Kit |
| OpticsPlanet | ARC-Fire | AS Designs Arc-Fire V2 Ambi Kit, 0-90-180 | $249.99 | Ex. T at 8 | Complete Kit |
| OpticsPlanet | ARC-Fire | AS Designs Arc-Fire V2 Ambi Kit, 0-45-90 | $249.99 | Ex. T at 4 | Complete Kit |
| OpticsPlanet | ARC-Fire | AS Designs Arc-Fire V2 Ambi Kit, 0-45-180 | $249.99 | Ex. T at 6 | Complete Kit |
| OpticsPlanet | FRS (Atrius) | Atrius Development Forced Reset Selector<br>- Black, single-sided<br>- Black, single-side, mil-spec<br>- Black, ambidextrous<br>- FDE, ambidextrous<br>- Olive Drab Green, ambidextrous | $199.00 | Ex. T at 12 | Complete Kit |
| OpticsPlanet | FRS (Atrius) | OPMOD Atrius Ambidextrous Forced Reset Selector | $209.00 | Ex. T at 18 | Complete Kit |

3

APPENDIX A

| Defendants | Product Group | Listed Product | Price | Exhibits | Type |
|---|---|---|---|---|---|
| OpticsPlanet | FRS (Atrius) | Atrius Development G-Lever Ambidextrous Forced Reset Safety | $269.00 | Ex. T at 15 | Complete Kit |
| OpticsPlanet | Super Safety | AS Designs M2 Super Safety Kit | $99.99 | Ex. T at 22 | Complete Kit |
| OpticsPlanet | Super Safety | Mars Trigger Position AR FRT Super Safety | $139.99 | Ex. T at 28 | Complete Kit |
| OpticsPlanet | Super Safety | AS Designs M2 Super Safety Lever | $34.99 | Ex. T at 24 | Component |
| OpticsPlanet | Super Safety | AS Designs M2 Super Safety Cam | $64.99 | Ex. T at 20 | Component |
| OpticsPlanet | Super Safety | Mars Trigger MP5 Lower w/ AR Super Safety Trigger<br>- Heckler & Koch MP5<br>- Heckler & Koch SP5<br>- Heckler & Koch MP5K<br>- Heckler & Koch SP5K<br>- PTR 9, PTR 9R<br>- PTR 9C, PTR 9K | $599.95 | Ex. T at 26 | Installed |
| PistolCap d/b/a Frisco Guns | FRS (Atrius) | Atrius Development 3 Position Forced Reset Selector Compatible w/ Milspec AR-15 AtriaDG-FRS-S | $169.00/ $159.99 | Ex. W at 6, 7 | Complete Kit |
| PistolCap d/b/a Frisco Guns | FRS (Atrius) | Atrius Development Ambi 3 Position Forced Reset Selector Compatible w/ Milspec AR-15 AtriaDG-FRS-Ambi | $209.99/ $189.99 | Ex. W at 5, 7 | Complete Kit |
| ProSource Firearms, LLC | FRS (Atrius) | Atrius FRS | | DeMonico Decl., ¶ 54 | Complete Kit |
| ProSource Firearms, LLC | Super Safety | Super Safety | | DeMonico Decl., ¶ 54 | Complete Kit |
| Superior Firearms of Texas, LLC | FRS (Atrius) | Atrius FRS | | DeMonico Decl., ¶ 55 | Complete Kit |
| Z3 PRO | Super Safety | CPM-10v/A2 AR Super Safety Kit | $80.00 | Ex. CC at 3 | Complete Kit |
| Z3 PRO | Super Safety | Pre-Cut AR15 Trigger | $35.00 | Ex. CC at 5 | Component |
| Z3 PRO | Super Safety | SLS Leber V2 (Full Kit) | $450.00 | Ex. CC at 6 | Installed |
| Z3 PRO | Super Safety | V5M MP5 Super Safety Trip | $55.00 | Ex. CC at 8 | Platform Extender |
| Z3 PRO | Super Safety | .22LR Super Safety Kit | $65.00 | Ex. CC at 2 | Platform Extender |