**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>      Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>CHRISTOPHER COPE,<br><br>      Defendant. | Civil Action No. 2:26-cv-00033-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>      Defendants. | Civil Action No. 4:26-cv-00377-ALM |

1

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANES TACTICAL, LLC, and DAMION TERRELL BENNETT, <br><br> Defendants. | Civil Action No. 4:26-cv-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HARRISON GUNWORKS LLC, and TYLER HARRISON, <br><br> Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN THANH NGUYEN, d/b/a POLYMER PEW, <br><br> Defendant. | Civil Action No. 4:26-cv-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z3 PRODUCTIONS, LLC, d/b/a Z3PRO, | Civil Action No. 4:26-cv-00367-ALM |

Defendant.

## NOTICE OF NON-OPPOSITION AND RIPENESS REGARDING
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Plaintiffs") respectfully file this Notice of Non-Opposition and Ripeness Regarding Plaintiffs' Consolidated Motion for Preliminary Injunction.

Plaintiffs filed their Consolidated Motion for Preliminary Injunction ("PI Motion") on May 29, 2026.[1] Defendants'[2] deadline to file their response was Friday, June 12, 2026. *See* Local Rule CV-7(e). Defendants have not filed a response. Accordingly, Plaintiffs' PI Motion is unopposed and ripe for ruling. *See* Local Rule CV-7(d) ("A party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion.").

---

[1] *See ABC IP, LLC, et al., v. 80Mills LLC, et al.*, No. 26-cv-00380, Dkt. No. 43 (E.D. Tex. May 29, 2026); *ABC IP, LLC, et al., v. Hanes Tactical LLC, et al.*, Case No. 26-cv-00369, Dkt. No. 43 (E.D. Tex. May 29, 2026); *Rare Breed Triggers, Inc., et al., v. DNT LLC, et al.*, Case No. 26-cv-00377, Dkt. No. 45 (E.D. Tex. May 29, 2026); *ABC IP, LLC, et al., v. Harrison Gunworks LLE, et al.*, Case. No. 26-cv-00379, Dkt. No. 37 (E.D. Tex. May 29, 2026); *ABC IP, LLC, et al. v. Nguyen*, Case No. 26-cv-00425, Dkt. No. 30 (E.D. Tex. May 29, 2026); *ABC IP, LLC, et al., v. Z3 Productions, LLC*, Case No. 26-cv-00367, Dkt. No. 48 (E.D. Tex. May 29, 2026); *ABC IP, LLC et al. v. Cope*, Case No. 26-cv-00033, Dkt. No. 18 (E.D. Tex. May 29, 2026).

[2] "Defendants" here means 80Mills LLC; Pearson Gardner; Hanes Tactical, LLC; Damion Bennett; DNT LLC; Zach Morrow; Harrison Gunworks; Tyler Harrison; Steven Nguyen; Z3 Productions, LLC; Christopher Cope.

DATED: July 2, 2026                    Respectfully submitted,

                                       */s/ Matthew A. Colvin*
                                       Matthew A. Colvin
                                       Texas Bar No. 24087331
                                       Carl E. Bruce
                                       Texas Bar No. 24036278
                                       **FISH & RICHARDSON P.C.**
                                       1717 Main Street, Suite 5000
                                       Dallas, TX 75201
                                       E-mail: colvin@fr.com
                                               bruce@fr.com
                                       Tel: (214) 747-5070
                                       Fax: (214) 747-2091

                                       Benjamin J. Christoff
                                       DC Bar No. 1025635
                                       **FISH & RICHARDSON P.C.**
                                       1000 Maine Avenue SW, Suite 1000
                                       Washington, DC 20024
                                       E-mail: christoff@fr.com
                                       Tel: (202) 783-5070
                                       Fax: (202) 783-2331

                                       Glenn D. Bellamy *(admitted pro hac vice)*
                                       **WOOD HERRON & EVANS LLP**
                                       600 Vine Street, Suite 2800
                                       Cincinnati OH 45202
                                       E-mail: gbellamy@whe-law.com
                                       Tel: (513) 707-0243
                                       Fax: (513) 241-6234

                                       Melissa R. Smith
                                       Texas State Bar No. 24001351
                                       **GILLAM & SMITH, LLP**
                                       303 South Washington Avenue
                                       Marshall, Texas 75670
                                       Tel: (903) 934-8450
                                       Fax: (903) 934-9257
                                       E-mail: melissa@gillamsmithlaw.com

                                       *Attorneys for Plaintiffs*
                                       *ABC IP, LLC and Rare Breed Triggers, Inc.*

4

5

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 2, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin