IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>80MILLS LLC d/b/a TACTICAL TITAN SUPPLY et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00380-ALM) |
| RARE BREED TRIGGERS, INC. et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DNT LLC d/b/a DEEZ NUTZ TACTICAL et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00377-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HANES TACTICAL LLC et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00369-ALM) |

| | |
|---|---|
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRISON GUNWORKS LLC et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00379-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN THANH NGUYEN d/b/a POLYMER PEW et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00425-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Z3 PRODUCTIONS LLC d/b/a Z3PRO,<br><br>Defendant. | (CASE NO. 4:26-cv-00367-ALM) |

**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Defendants[1] respectfully move for leave to file a 28-page Opposition to Plaintiffs' Consolidated Motion for Preliminary Injunction (Dkt. #7 in No. 4:26-md-03176-ALM, "PI Motion").

[1] Defendants include: 80Mills LLC d/b/a Tactical Titan Supply, Pearson Gardner; DNT LLC d/b/a Deez Nutz Tactical, Zach Morrow; Hanes Tactical LLC, Damion Terrell Bennett; Harrison Gunworks LLC, Tyler Harrison; Steven Thanh Nguyen d/b/a Polymer Pew; and Z3 Productions LLC d/b/a Z3Pro.

Good cause exists for Defendants' Opposition to exceed the standard 15-page limit for non-dispositive motions under Local Rule CV-7(a)(2). Plaintiffs seek extraordinary preliminary injunctive relief in a multi-patent case involving five (5) asserted patents, multiple accused products, thirty-four (34) asserted claims, disputed infringement and noninfringement issues, validity and unenforceability defenses, disputed inventorship of U.S. Patent No. 12,529,538, expert declarations, and issues concerning (a) likelihood of success, (b) irreparable harm, (c) balance of equities, (d) public interest, and (e) bond.

To respond meaningfully, Defendants' Opposition must address claim scope, noninfringement, invalidity, inventorship, induced infringement, contributory infringement, irreparable harm, causal nexus, market definition, alleged lost sales, alleged price erosion, alleged reputational harm, alleged loss of goodwill, alleged encouragement of other infringers, balance of equities, public interest, and bond. Plaintiffs also rely on expert evidence concerning technical infringement and alleged commercial or damages-related issues. Defendants need technical and damages or commercial experts of their own.

Fifteen pages cannot fairly accommodate briefing of that scope. Plaintiffs themselves have recognized as much in this MDL when they moved for leave to file their 40-page PI Motion, on the ground that preliminary-injunction briefing addressing infringement, validity, and irreparable harm cannot be accomplished within the standard 15-page limit. (Dkt. #12 in No. 4:26-md-03176-ALM, "Page-Increase Mot.") The same is true of Defendants' Opposition here, which must respond to a five-patent, multi-product, expert-supported motion asserting thirty-four claims. Local Rule CV-7(a)(2) permits exceeding the page limit with leave of court.

Plaintiffs' Page-Increase Motion stated that "[i]f Defendants prefer to file one or more consolidated oppositions, Plaintiffs will not oppose a reasonable page expansion to accommodate

that choice." Defendants are submitting a consolidated opposition. Defendants respectfully request that the Court enlarge the page limit for Defendants' Opposition to Plaintiffs' PI Motion from fifteen (15) to twenty-eight (28) pages. A proposed order is submitted herewith.

DATED: August 18, 2026

Respectfully submitted,

*/s/ John M. Skeriotis*
John M. Skeriotis
Ohio Bar No. 0069263
Sergey Vernyuk
Ohio Bar No. 0089101
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
Tel: (330) 434-9999
Fax: (330) 434-8888
E-mail: jms@etblaw.com
sv@etblaw.com

*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants has complied with the meet and confer requirement in Local Rule CV-7(h). This Motion is opposed by Plaintiffs.

Sergey Vernyuk (counsel for Defendants) conferred with Matthew Colvin (counsel for Plaintiffs) on August 18, 2026, by telephone regarding the relief requested in this Motion. The parties were unable to reach agreement as Plaintiffs were unwilling to agree to the page limit requested by Defendants. The parties' discussions have conclusively ended in an impasse, leaving an open issue for the Court to resolve.

*/s/ John M. Skeriotis*
Counsel for Defendants