IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>80MILLS LLC d/b/a TACTICAL TITAN SUPPLY et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00380-ALM) |
| RARE BREED TRIGGERS, INC. et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DNT LLC d/b/a DEEZ NUTZ TACTICAL et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00377-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HANES TACTICAL LLC et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00369-ALM) |

| | |
|---|---|
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRISON GUNWORKS LLC et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00379-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN THANH NGUYEN d/b/a POLYMER PEW et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00425-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Z3 PRODUCTIONS LLC d/b/a Z3PRO,<br><br>Defendant. | (CASE NO. 4:26-cv-00367-ALM) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants[1] respectfully submit this Motion for Leave to file under seal their Opposition to Plaintiffs' Consolidated Motion for Preliminary Injunction (Dkt. #7 in no. 4:26-md-03176-ALM) and the Declarations of Pearson Gardner, Damion Terrell Bennett, Tyler Harrison, Zach

[1] Defendants include: 80Mills LLC d/b/a Tactical Titan Supply, Pearson Gardner; DNT LLC d/b/a Deez Nutz Tactical, Zach Morrow; Hanes Tactical LLC, Damion Terrell Bennett; Harrison Gunworks LLC, Tyler Harrison; Steven Thanh Nguyen d/b/a Polymer Pew; and Z3 Productions LLC d/b/a Z3Pro.

Morrow, Ari Bytyqi, Steven Thanh Nguyen, and Eric Phillips along with supporting exhibits ("Supporting Declarations"). Defendants state the following:

1. The right to inspect and copy public and judicial records and documents traces to *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 98 S. Ct. 1306, 55 L. Ed. 2d 570 (1978). However, the presumption in favor of public access to court records can be overcome in certain instances. The Supreme Court recognized that a court retains power over its own record and may deny access where files would become a vehicle for improper purposes. *Id.* at 598.

2. Courts in this district have granted motions to seal where the sealed information relates to a party's revenues and other information which would put the party at a competitive disadvantage if publicly disclosed. *Erfindergemeinschaft Uropep GbR v. Eli Lilly & Co.*, No. 2:15-cv-1202, 2017 WL 434207, at *2 (E.D. Tex. Feb. 1, 2017) (quoting Nixon, 435 U.S. at 598); *Mylan Institutional LLC v. Aurobindo Pharma Ltd.*, No. 2:16-cv-00491, Dkt. No. 22 (E.D. Tex. June 10, 2016) (granting motion to seal preliminary injunction motion and accompanying declarations); *Boehringer Ingelheim Pharma GMBH & Co.KG v. Mylan Pharm.*, Inc., No. 14-cv-4727, 2015 WL 1816473, at *2 (D.N.J. Apr. 22, 2015) (granting motion to seal because "the information relating to MPI's and Mylan Inc.'s sales and revenue is confidential and proprietary, and MPI and Mylan Inc. would suffer serious commercial injury if such information became available to the public").

3. Defendants' Supporting Declarations reveal confidential sales, marketing, and profitability information, among other things. Defendants' Opposition quotes and summarizes portions of the Supporting Declarations and information sealed by Plaintiffs.

4. As a Protective Order has not yet been entered, Defendants respectfully move for leave to file their Opposition and Supporting Declarations under seal.

DATED: August 18, 2026

Respectfully submitted,

*/s/ John M. Skeriotis*
John M. Skeriotis (Ohio Bar No. 0069263)
Sergey Vernyuk (Ohio Bar No. 0089101)
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
Tel: (330) 434-9999
Fax: (330) 434-8888
E-mail: jms@etblaw.com
sv@etblaw.com
*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants has complied with the meet and confer requirement in Local Rule CV-7(h). Sergey Vernyuk (counsel for Defendants) conferred with Matthew Colvin (counsel for Plaintiffs) on August 18, 2026, by telephone regarding the relief requested in this Motion. Plaintiffs do not oppose this Motion, though they do object to what they view as a late filing of the underlying Opposition for which this Motion is filed.

*/s/ John M. Skeriotis*
Counsel for Defendants