IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>80MILLS LLC d/b/a TACTICAL TITAN SUPPLY et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00380-ALM) |
| RARE BREED TRIGGERS, INC. et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DNT LLC d/b/a DEEZ NUTZ TACTICAL et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00377-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HANES TACTICAL LLC et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00369-ALM) |

| | |
|---|---|
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRISON GUNWORKS LLC et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00379-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN THANH NGUYEN d/b/a POLYMER PEW et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00425-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Z3 PRODUCTIONS LLC d/b/a Z3PRO,<br><br>Defendant. | (CASE NO. 4:26-cv-00367-ALM) |

**DECLARATION OF SERGEY VERNYUK**

I, Sergey Vernyuk, having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby declare as follows:

1. I am co-counsel for the following Defendants: 80Mills LLC d/b/a Tactical Titan Supply, Pearson Gardner; DNT LLC d/b/a Deez Nutz Tactical, Zach Morrow; Hanes Tactical LLC, Damion Terrell Bennett; Harrison Gunworks LLC, Tyler Harrison; Steven Thanh Nguyen d/b/a Polymer Pew; and Z3 Productions LLC d/b/a Z3Pro. I execute this declaration in my capacity as co-counsel for Defendants in this centralized action.

2. Attached as Exhibit 1 is a true and accurate copy of the Indiana Secretary of State's business portal INBiz's details for TWINBROS LLC ("TwinBros"). As seen therein, Cameron Lee Smith was TwinBros' sole listed member.

3. Attached as Exhibit 2 is a true and accurate copy of INBiz's details for the assumed name TWINBROS3DPRINTING, showing that it was registered to TwinBros.

4. Attached as Exhibit 3 is a true and accurate copy of the Wayback Machine's capture of TwinBros' website https://twinbros3dprinting.com dated September 22, 2023. As seen therein, the website lists the email address twinbros3dprinting@gmail.com and states the following: "From 3d printing to letting freedom ring with Hoffman super safety!"

5. Attached as Exhibit 4 is a true and accurate copy of an X conversation found at https://x.com/eXverze/status/1999171026081456447. As seen therein, this conversation includes several posters stating that Cameron Smith / TwinBros' Super Safety products were marked with the HT logo. Included in this conversation were screenshots (also attached in Exhibit 4) of an order of "Hoffman Super Safety" products from TwinBros.

6. Attached as Exhibit 5 is a true and accurate copy of U.S. Patent No. 10,514,223 obtained from the U.S. Patent and Trademark Office's ("USPTO") Patent Public Search website.

7. Attached as Exhibit 6 is a true and accurate copy of U.S. Patent App. Pub. No. 2014/0338523 obtained from the USPTO's Patent Public Search website.

8. Attached as Exhibit 7 is a true and accurate copy of U.S. Patent No. 4,023,465 obtained from the USPTO's Patent Public Search website.

9. Attached as Exhibit 8 is a true and accurate copy of U.S. Patent No. 3,045,555 obtained from the USPTO's Patent Public Search website.

10. Attached as Exhibit 9 is a true and accurate copy of U.S. Patent No. 7,398,723 obtained from the USPTO's Patent Public Search website.

11. Attached as Exhibit 10 is a true and accurate copy of U.S. Patent No. 9,146,067 obtained from the USPTO's Patent Public Search website.

12. Attached as Exhibit 11 is a true and accurate copy of the image file wrapper of U.S. Patent App. No. 63/297,884 obtained from the USPTO's Patent Center website.

13. Attached as Exhibit 12 is a true and accurate copy of U.S. Patent No. 2,539,447 obtained from the USPTO's Patent Public Search website.

14. Attached as Exhibit 13 is a true and accurate copy of European Patent No. EP 2,950,033 B1 obtained from the European Patent Office's Espacenet website, followed by an English-language translation obtained from the Google Patents website. I added the paragraph-number annotations in the right margin of the Description section of the translation to correlate it to the original.

15. Attached as Exhibit 14 is a true and accurate copy of U.S. Patent No. 9,952,013 obtained from the USPTO's Patent Public Search website.

16. Attached as Exhibit 15 is a true and accurate copy of U.S. Patent No. 10,337,818 obtained from the USPTO's Patent Public Search website.

17. A true and accurate copy of the Complaint (ECF No. 1) in *Rare Breed Triggers, LLC v. Strbac*, No. 1:22-cv-00280 (N.D. Ohio) was previously filed in, e.g., *ABC IP, LLC v. 80Mills LLC*, No. 4:26-cv-00380-ALM (E.D. Tex.) (one of these centralized cases) as Dkt. #12-3.

18. A true and accurate copy of the Hoffman Tactical "Super Safety – 3D Printed Active Trigger System v4.4" documentation (dated 7/19/23) was previously filed in, e.g., the *80Mills* case as Dkt. #40-5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 18, 2026

Sergey Vernyuk