IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| ABC IP, LLC et al., Plaintiffs, vs. 80MILLS LLC d/b/a TACTICAL TITAN SUPPLY et al., Defendants. | (CASE NO. 4:26-cv-00380-ALM) |
| RARE BREED TRIGGERS, INC. et al., Plaintiffs, vs. DNT LLC d/b/a DEEZ NUTZ TACTICAL et al., Defendants. | (CASE NO. 4:26-cv-00377-ALM) |
| ABC IP, LLC et al., Plaintiffs, vs. HANES TACTICAL LLC et al., Defendants. | (CASE NO. 4:26-cv-00369-ALM) |
| ABC IP, LLC et al., Plaintiffs, vs. HARRISON GUNWORKS LLC et al., | (CASE NO. 4:26-cv-00379-ALM) |

| | |
|---|---|
| Defendants. | |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN THANH NGUYEN d/b/a POLYMER PEW et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00425-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Z3 PRODUCTIONS LLC d/b/a Z3PRO,<br><br>Defendant. | (CASE NO. 4:26-cv-00367-ALM) |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

The Court, having considered Defendants' Motion for Leave to Exceed Page Limitation ("Motion"), to which no response in opposition was filed:

**IT IS ORDERED** that Defendants' Motion is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the page limit for Defendants' Opposition to Plaintiffs' Consolidated Motion for Preliminary Injunction (Dkt. #7 in no. 4:26-md-03176-ALM) is hereby increased from fifteen (15) pages to twenty-eight (28) pages.

**IT IS SO ORDERED.**

**SIGNED this 14th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE