**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON and JOHN DOE, an individual using the alias “s3igu2” and/or “Seagoo Threetwo,”<br><br>Defendants. | Civil Action No. 4:26-cv-00370-ALM<br><br>**JURY TRIAL DEMANDED** |
| ATRIUS DEVELOPMENT GROUP CORPORATION, INC.,<br>Plaintiffs,<br><br>v.<br><br>ABC IP, LLC, RARE BREED TRIGGERS, INC., and LAWRENCE DEMONICO,<br><br>Defendants. | Civil Action No. 4:26-cv-00448-ALM |
| ABC IP, LLC, RARE BREED TRIGGERS, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ATRIUS DEVELOPMENT GROUP CORPORATION, INC., MALCOLM BROWN, GRANT SHAW, and RYAN SPADAFORE, | Civil Action No. 4:26-cv-00984-ALM |

| | |
|---|---|
| Counterclaim-Defendants. | |
| ABC IP, LLC and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL and ZACH MORROW,<br><br>Defendants. | Civil Action No. 4:26-cv-00377-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HANES TACTICAL, LLC and DAMION TERRELL BENNETT,<br><br>Defendants. | Civil Action No. 4:26-cv-00369-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HARRISON GUNWORKS LLC and TYLER HARRISON,<br><br>Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br><br>Defendant. | Civil Action No. 4:26-cv-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>Z3 PRODUCTIONS d/b/a Z3PRO,<br><br>Defendant. | Civil Action No. 4:26-cv-00367-ALM |

**NOTICE REGARDING COMPLETION OF PLAINTIFFS' DEPOSITIONS**

Plaintiffs ABC IP, LLC ("ABC") and Rare Breed Triggers, Inc. ("Rare Breed") (collectively, "Plaintiffs") submit this Notice under the Court's September 14, 2026 Order in Civil Action No. 4:26-cv-00370-ALM (Dkt. 81) regarding the remaining depositions of Plaintiffs in connection with Plaintiffs' pending motions for preliminary injunction.

The depositions of Plaintiffs and their witnesses by the above-captioned Defendants were confirmed and are now completed. Those depositions took place at the offices of Fish & Richardson P.C., 1717 Main Street, Suite 5000, Dallas, Texas 75201, as follows:

(a) On September 17, 2026, Mr. Cole Leleux testified for seven hours on the record, individually and as the Rule 30(b)(6) designee of:

1. ABC for all of AS Designs' noticed topics;
2. ABC for all of Atrius' noticed topics; and
3. Rare Breed for the following subset of topics (and portions thereof) noticed by Atrius: Topic Nos. 2, 3, and 4, as well as Topic No. 7 as it pertained to all patents asserted against Atrius other than the '784 Patent;

(b) On September 16, 2026, Mr. Lawrence DeMonico testified for seven hours on the record, individually and as the Rule 30(b)(6) designee of:

1. Rare Breed for all of AS Designs' noticed topics; and
2. Rare Breed for all of Atrius' noticed topics (and portions thereof) other than the subset noted above for Mr. Leleux.

DATED: September 18, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (admitted *pro hac vice*)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 18, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin